IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IMELDA PERKINS                                                                                              PLAINTIFF

VERSUS                                                      CIVIL ACTION NO. 3:09-CV-684-TSL-FKB

WALMART CORPORATION d/b/a
WALMART and REGIS
CORPORATION d/b/a SMART STYLE                                                        DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for consideration on the *ore tenus* motion of plaintiff, Imelda Perkins, through her attorney, for entry of a judgment of dismissal to dismiss all claims against Regis Corporation ("Regis") with prejudice on the basis that all claims against Regis have been fully resolved and compromised, the court, understanding that counsel for the defendant Regis, joins in with this motion, finds that the relief requested is well founded and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED, that the herein styled and numbered cause be, and the same hereby is dismissed with prejudice as to Regis Corporation.

SO ORDERED this 6th day of May, 2010.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

s/Sanford Knott                             s/E. Russell Turner
Sanford Knott                                E. Russell Turner
P.O. Box 1208                                Balch & Bingham LLP
Jackson, MS 39215-1208            P.O. Box 22587
                                                       Jackson, MS 39225